QUIN DENVIR, Bar #49374
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUILLERMO ROMERO-DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:04-Cr-05360-AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND RE-SET FOR CHANGE OF PLEA AND ORDER THEREON |
| v. ) | |
| GUILLERMO ROMERO-DIAZ, ) | Date: June 13, 2005 |
| Defendants. ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference hearing in the above-referenced matter now set for May 31, 2005, may be **continued to June 13, 2005, at 9:00 A.M. and re-set for change of plea.**

This stipulation is presented to the court at the request of counsel for defendant to allow continuity of counsel because counsel for defendant is scheduled to be out of his office on May 31, 2005, the date now set for hearing.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i),
4  and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: May 26, 2005        By  /s/ by Victor M. Chavez w/consent of
                               Kevin P. Rooney
                               KEVIN P. ROONEY
                               Assistant United States Attorney
                               Attorney for Plaintiff


QUIN DENVIR
Federal Defender


DATED: May 26, 2005        By  /s/ Victor M. Chavez
                               VICTOR M. CHAVEZ
                               Assistant Federal Defender
                               Attorney for Defendant


**O R D E R**

Time is hereby excluded in the interest of justice and for effective defense preparation pursuant
to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 27, 2005**            /s/ Anthony W. Ishii
0m8i78                               UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing and Reset for Change of Plea, and
Order Thereon                              2