QUIN DENVIR, Bar #49374
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUILLERMO ROMERO-DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:04-Cr-05360-AWI |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND ORDER THEREON |
| v. | Date: June 27, 2005 |
| GUILLERMO ROMERO-DIAZ, | Time: 9:00 A.M. |
| Defendants. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the change of plea hearing in the above-referenced matter now set for June 13, 2005, may be **continued to June 27, 2005, at 9:00 A.M.**

This stipulation is presented to the court at the request of counsel for defendant because changes to the plea agreement are being made.  The parties need additional time to complete plea negotiation and signing of the plea agreement.

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests
2   of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3   justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i),
4   and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: June 9, 2005          By   /s/ by Victor M. Chavez w/consent of
                                  Kevin P. Rooney
                                  KEVIN P. ROONEY
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

QUIN DENVIR
Federal Defender

DATED: June 9, 2005          By   /s/ Victor M. Chavez
                                  VICTOR M. CHAVEZ
                                  Assistant Federal Defender
                                  Attorney for Defendant

**O R D E R**

Time is hereby excluded in the interest of justice and for effective defense preparation pursuant
to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 10, 2005**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Change of Plea Hearing
and [Proposed] Order Thereon                    2